```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NORTH DAKOTA
                  NORTHEASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CASE NO. 2:04-cr-22 |
| DION JAMES JACKSON ) | |

**Order for Self-Surrender and for
Detention Pending a Decision on Petition**

On July 13, 2006, Defendant appeared at a hearing on a petition alleging he had violated conditions of supervised release. The government seeks revocation of supervised release, with imposition of a sentence of six months. The government requested detention pending a decision on the petition. Defendant does not oppose the government's recommendation for disposition, but sought self-surrender. The government opposed self-surrender.

Mr. Jackson was released after his initial appearance on July 7, 2006. He appeared for the July 13th hearing as required. The government offered no evidence that he had violated any conditions of supervised release after his July 7th release. This Court therefore considers self-surrender appropriate. In the absence of objection from Mr. Jackson, he will then be detained pending a decision on the petition.

This Court therefore **ORDERS**

(1) that Dion Jackson continue to comply with all previously-

imposed conditions of supervised release,

(2) that Dion Jackson self-surrender to the United States Marshal, at Grand Forks, North Dakota, on or before 10:00 a.m. on Monday, July 17, 2006,

(3) and that Dion Jackson be held in custody from the time of his self-surrender until decision on the pending petition.

Dated this 14th day of July, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge