UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA

       -vs-

DION JAMES JACKSON

**ORDER**

Case No.:  2:04-cr-22

On motion of the United States, without opposition of the Defendant, the Petition for Warrant or Summons for Offender Under Supervision which was filed August 7, 2006 is **DISMISSED**.

Dated this 16th day of August, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge